**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                      **3:15-CR-00184-BRW**

**LLOYD MONTGOMERY,** *et al.*

## **ORDER**

Defendant Lloyd Montgomery's *Ex Parte* Motion (Doc. No. 162) is DENIED.

The Government's *Ex Parte* Motion to Seal (Doc. No. 158) is DENIED. The Clerk of the Court is directed to unseal Doc. No. 160

IT IS SO ORDERED this 7th day of July, 2016.

                                            /s/ Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE