IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

VS.                    3:15-CR-00184-BRW

LLOYD MONTGOMERY, *et al.*

## ORDER

1. Defendant Merriwether's Motion in Limine No. 1 (Doc. No. 110) is GRANTED.

2. Defendants' Joint Motion for Additional Preemptory Challenges (Doc. Nos. 111, 117) is GRANTED. Defendants will have five challenges each and Government will have nine.

3. Defendants Montgomery, Merriwether, and Lucas's Joint Motion for Disclosure of Identities of Uncharged Alleged Co-conspirators (Doc. No. 112) is DENIED.

4. Defendants Merriwether and Lucas's Joint Motion in Limine the Exclude Evidence from 2013 Searches (Doc. No. 113) is DENIED.

5. Defendants' Joint Motion to Sever Counts 8, 14, 16 (Doc. No. 114) is DENIED.

6. Defendant Reeves's to Sever Defendant and Memorandum in Support (Doc. No. 115) is GRANTED.

7. Defendant Merriweather and Lucas's Motion in Limine No. 2 (Doc. No. 116) is DENIED.

8. Defendant Lucas's Motion to Strike Alias from Indictment and Exclude at Trial (Doc. No. 118) is DENIED.

9. Defendants' Joint Motion to Dismiss the Indictment for Selective and Vindictive Prosecution, or, in the Alternative, to Compel Discovery and Grant an Evidentiary Hearing (Doc. Nos. 119, 130) is DENIED.

1

10.  Defendant Montgomery's Motion in Limine to Exclude Prior Arrests and Convictions (Doc. No. 121) is GRANTED.

11.  Defendant Montgomery's Motion in Limine to Exclude Evidence Obtained From 1161 Main Street, Clarksville, Tennessee, on or About February 22, 2013 (Doc. No. 122) is DENIED.

12.  Defendant Montgomery's Motion in Limine to Exclude References to Other Firearms and Ammunition (Doc. No. 123) is DENIED.

13.  Defendant Montgomery's Motion in Limine to Exclude Evidence that Firearm was Previously Reported Stolen (Doc. No. 124) is GRANTED.

14. Defendant Montgomery's Motion in Limine to Exclude Statements Provided to Law Enforcement By Shay Anthony (Doc. No. 125) is GRANTED.

15.  Defendant Montgomery's Motion to Suppress Statements Made on September 29, 2015 (Doc. No. 126) is GRANTED.

IT IS SO ORDERED this 11th day of July, 2016.

/s/ Billy Roy Wilson  
UNITED STATES DISTRICT JUDGE